IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br><br><br>vs.<br><br><br><br>DAVID JOSEPH BILLS and BEATRIZ MARTINEZ,<br><br>    Defendants | MEMORANDUM DECISION AND ORDER GRANTING MOTIONS TO CONTINUE, VACATING TRIAL DATE, SETTING NEW TRIAL DATE, AND EXCLUDING TIME<br><br><br><br><br><br>Case No. 2:07-CR-168 TS |

This matter is before the Court on Defendant Bills' Motion to Continue Trial and on the government's stipulated Motion to Continue Trial as to Defendant Martinez. Based upon the motions, the Court finds as follows:

**<u>FINDINGS</u>**

1. If the Motions to Continue were denied it would deny the Defendants continuity of counsel.

2. Due to the recent change of plea of one Defendant and other matters Counsel need additional time to effectively prepare for trial and consult with

their clients.

3.  Counsel have exercised due diligence in preparing this case.

4.  The ends of justice in granting a continuance outweigh the best interests of the public and the Defendants in a speedy trial.

## ORDER

It is hereby ORDERED that the Motions to Continue Trial (Docket Nos. 39 and 40) are GRANTED and the trial date of May 29, 2007, be stricken and the trial continued. It is further

ORDERED that the time between May 29, 2007, and the next trial date be excluded from the computation for the time for trial as described in 18 U.S.C. §3161. It is further

**ORDERED that a three-day jury trial will begin at 8:30 a.m. on September 5, 2007.**

DATED May 30, 2007.

BY THE COURT:

_____
TED STEWART
United States District Judge